UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STRATEGY AND EXECUTION, INC.

        Plaintiff,                              Case No. 24-cv-11918

v.                                           Hon. Matthew F. Leitman

OODLES OF DOODLES, INC.,

        Defendant.

_____/

## ORDER REQUIRING PLAINTIFF TO SERVE DEFENDANT WITH NOTICE OF HEARING

In this action, Plaintiff Strategy and Execution, Inc. alleges that Defendant Oodles of Doodles, Inc. breached a consulting agreement. (*See* Compl., ECF No. 1.) Oodles of Doodles has not appeared in this action, and it has not filed any response to the Complaint. (*See* Dkt.) The Clerk of the Court entered a default against Oodles of Doodles on August 27, 2024. (*See* Default, ECF No. 6.)

On September 3, 2024, Strategy and Execution filed a motion for a default judgment against Oodles of Doodles. (*See* Mot., ECF No. 7.) The Court has now issued a Notice of Hearing setting that motion for a Zoom electronic hearing on **November 4, 2024, at 3:00 p.m.**

By no later than **October 15, 2024**, Strategy and Execution shall serve Oodles of Doodles with (1) the Notice of Hearing, (2) this order, and (3) a proposed default

1

judgment.  In addition, by no later than **October 15, 2024**, Strategy and Execution shall file a Certificate of Service on the docket confirming that it has served Oodles of Doodles with those documents.  Finally, by no later than **October 15, 2024**, Strategy and Execution shall submit a proposed default judgment to the Court through the Utilities function of CM/ECF.

    **IT IS SO ORDERED.**

                                      s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: October 1, 2024

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 1, 2024, by electronic means and/or ordinary mail.

                                      s/Holly A. Ryan
                                      Case Manager
                                      (313) 234-5126