UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STRATEGY AND EXECUTION, INC.

      Plaintiff,

v.

      Case No. 24-cv-11918
      Hon. Matthew F. Leitman

OODLES OF DOODLES, INC.,

      Defendant.

_____/

### ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (ECF No. 7)

On November 4, 2024, the Court held a hearing on Plaintiff Strategy and Execution, Inc.'s motion for default judgment. (*See* Mot., ECF No. 7.) For the reasons explained on the record during the motion hearing, the motion is **GRANTED**.

IT IS SO ORDERED.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 4, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 4, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

1