UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STRATEGY AND EXECUTION, INC.,
a Michigan corporation,

    Plaintiff,

v.

OODLES OF DOODLES INC.,
a Delaware corporation,

    Defendant.

Case No. 24-cv-11918
Hon. Matthew F. Leitman

## DEFAULT JUDGMENT

Plaintiff having filed a motion for default judgment against Defendant Oodles of Doodles, Inc.; the Court having held a hearing on Plaintiff's motion; the Court otherwise being advised in the premises; it is **ORDERED** that judgment is **ENTERED** for Plaintiff and against Defendant in the amount of One Hundred and Eighty-Nine Thousand Dollars ($189,000).

**This is a final order and closes the above-captioned case.**

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated:  November 5, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 5, 2024, by electronic means and/or ordinary mail.

                                            s/Holly A. Ryan
                                            Case Manager
                                            (313) 234-5126